```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 10987
    JEREMY L MCKINNEY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-8972


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/20/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 07/05/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
BANK OF AMERICA               SECURED VEHIC    14100.00          .00            .00
BANK OF AMERICA               UNSECURED       NOT FILED          .00            .00
BP OIL                        UNSECURED       NOT FILED          .00            .00
CAPITAL ONE                   UNSECURED         1247.55          .00            .00
BLOCKBUSTER                   UNSECURED       NOT FILED          .00            .00
CROSS COUNTRY BANK            UNSECURED       NOT FILED          .00            .00
DELL FINANCIAL SVCS           UNSECURED       NOT FILED          .00            .00
FINGERHUT                     UNSECURED          393.48          .00            .00
CINGULAR WIRELESS             UNSECURED       NOT FILED          .00            .00
CARE CREDIT/GEMB              UNSECURED       NOT FILED          .00            .00
GR AM FIN                     UNSECURED       NOT FILED          .00            .00
DERMATOPATHOLOGY OF WISC      UNSECURED       NOT FILED          .00            .00
NELNET INC                    UNSECURED       NOT FILED          .00            .00
WELLS FARGO BANK              UNSECURED       NOT FILED          .00            .00
RMS                           UNSECURED       NOT FILED          .00            .00
SLM FINANCIAL CORP            UNSECURED       NOT FILED          .00            .00
PAYDAY STORE OF ILLINOIS      UNSECURED       NOT FILED          .00            .00
WELLS FARGO FINANCIAL BA      UNSECURED         1420.01          .00            .00
RENT A CENTER                 NOTICE ONLY     NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC       DEBTOR ATTY          .00                          .00
TOM VAUGHN                    TRUSTEE                                           .00
DEBTOR REFUND                 REFUND                                            .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 10987 JEREMY L MCKINNEY
```

```
                              ---------------        ---------------
TOTALS                                   .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 09/26/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```